# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Andre Rodriguez | )<br>)<br>)<br>)  Case No:  1:93CR00132-002<br>)  USM No:  04537-028<br>) |
| Date of Original Judgment:  07/01/1994<br>Date of Previous Amended Judgment:  04/26/2010<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  Juval Scott<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   270   months **is reduced to**   time served   .

*(Complete Parts I and II of Page 2 when motion is granted)*

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By *Pamela J. Solveonian*
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated   07/01/1994   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   11/29/2011

*[Judge's signature]*
*Judge's signature*

Effective Date:   12/09/2011    *
*(if different from order date)*

The Honorable Sarah Evans Barker
*Printed name and title*

* Unless otherwise indicated, the effective date of this order shall be ten (10) days after order date.